

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2019

No. 04-19-00334-CV

**IN RE** Jamie **BRICE**

Original Mandamus Proceeding[1]

### ORDER

Sitting:    Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Liza A. Rodriguez, Justice

On May 21, 2019, relator filed a petition for writ of mandamus and an emergency motion to stay. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than June 28, 2019.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for a stay is GRANTED. The trial court's May 17, 2019 "Temporary Orders in Suit Affecting the Parent-Child Relationship" is STAYED pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** on June 12, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019-3513-DC, styled *In the Interest of K.M.S. and B.D.S., Children*, pending in the 38th Judicial District Court, Real County, Texas, the Honorable Ron Carr presiding.